UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY T. LIGGINS,

    Plaintiff,

v.

                                    Case No. 1:25-cv-1130

STEPHEN D. MADDEN, et al.,

                                    Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On October 20, 2025, Magistrate Judge Vermaat issued a report and recommendation that Henry Liggins's application to proceed in forma pauperis be denied because he has accumulated three "strikes" (dismissals of frivolous or inadequate claims), triggering the filing restriction codified in 28 U.S.C. § 1915(g). (R&R, ECF No. 5). The R&R was duly served on Liggins, and he lodged no objection to it within the fourteen-day window provided for by Fed. R. Civ. P. 72(b). On review, the Court concludes that the R&R correctly determined that Liggins is ineligible to proceed in forma pauperis and that dismissal without prejudice is appropriate. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Liggins's application to proceed in forma pauperis (ECF No. 2) is **DENIED**.

A judgment will issue in accordance with this Order.

Dated: November 26, 2025                /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE